Decided December 20, 2004

IN RE DESTINY D. ET AL.

The petition by the respondent mother for certification for appeal from the Appellate Court, 86 Conn. App. 77 (AC 23751), is denied.

*Jean Koh Peters*, in support of the petition.

*Jane R. Rosenberg*, assistant attorney general, in opposition.

Decided December 20, 2004